1983 - SOUTHERN

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
NOV 20 2023
ARTHUR JOHNSTON
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

Eastern Division

Mr. Douglas McCarty
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Former undersheriff
Mr. Brian Rayburn et al.
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.   2:23-cv-181-KS-MTP
(to be filled in by the Clerk's Office)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. The Parties to This Complaint

  A. The Plaintiff(s)

  Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

  Name: Mr. Douglas McCarty
  All other names by which you have been known: (Doug)
  ID Number: # M.D.O.C. # 46282
  Current Institution: South Mississippi Correctional Institutional
  Address: P.O. Box 1419
  Leakesville, MS, 39451
  *City, State, Zip Code*

  B. The Defendant(s)

  Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

  Defendant No. 1
  Name: Mr. Brian Rayburn
  Job or Title (if known): Under Sheriff
  Shield Number: don't no.
  Employer: Lawrence County Sheriffs department
  Address: 1565 F.E. Sellers Highway, P.O. Box 816
  Monticello, MS, 39654
  *City, State, Zip Code*
  [X] Individual capacity  [ ] Official capacity

  Defendant No. 2
  Name: Mr. Ryan Everett
  Job or Title (if known): Sheriff
  Shield Number: don't no
  Employer: Lawrence County Sheriffs department
  Address: 1565 F.E. Sellers Highway, P.O. Box 816
  Monticello, MS, 39654
  *City, State, Zip Code*
  [X] Individual capacity  [ ] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

    Defendant No. 3
        Name  _____
        Job or Title *(if known)*  _____
        Shield Number  _____
        Employer  _____
        Address  _____

            *City*        *State*        *Zip Code*
        ☐ Individual capacity   ☐ Official capacity

    Defendant No. 4
        Name  _____
        Job or Title *(if known)*  _____
        Shield Number  _____
        Employer  _____
        Address  _____

            *City*        *State*        *Zip Code*
        ☐ Individual capacity   ☐ Official capacity

II. **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

    A.    Are you bringing suit against *(check all that apply)*:

        ☐ Federal officials (a *Bivens* claim)

        ☒ State or local officials (a § 1983 claim)

    B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

(1). To be Free oF Excessive Force by Law inForcement, (5) MenTal/EMoTional InJury's due To being Assaulted By A Police officer.
(2). Cruel/And unusual Punishment,
(3). Denial oF Medical Care.
(4). deliberTe Indifference ✓ 8Th/14Th Amend. U.S. ConsTiTuTion.
(6). MenTal/And emoTional disTress.

    C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

They both work for state Law inforcement Agency's. Both are being Paid by the state of Mississippi.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☑ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

① Lawrence County Sheriff's department, under Sheriff Brian Rayburn Assaulted Me while I was sitting in a chair with my hands handcuffed behind my back by slamming my head through 3/4 inch sheet rock Injuring my neck and eye.

② Sheriff, Ryan Everett, Knew Mr. Rayburn was Irate, And Emotional with Mr. McCarty before Mr. Rayburn came into the interviewing room, And should have not allowed Mr. Rayburn into the room, so the Sheriff Failed to protect Mr. McCarty

B. ~~If the events giving rise to your claim arose in an institution, describe where and when they arose.~~ from the Assault that occured by Mr. Rayburn against Mr. McCarty Causing Injuries to the neck and eye of Mr. McCarty.

The date happened was, 7-12-2019) Thru (7-13-2019), The reason two dates Are Mentioned is because it was the 12th I was Arrested, And was being Interviewed And it got passed midnight And the date went To (7-13-2019).

See, Attached Exhibits - Before - And - After. A-B-C,

Page 4 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

The dates was the 12th, and 13th, in July 2018.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

① I was physically assaulted by the under sheriff Mr. Brian Rayburn when he slammed my head through the 3/4 inch sheetrock wall with my hands handcuffed behind my back.

② The present sheriff, Mr. Ryan Everett was present when this assault took place, and sheriff Everetts tells the court the following to wit. (Something happened that I do not condone. In fact, I totally condemn it) quote, unquote. Transcripts page: 315-L-18 L 23.

V. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

① My neck was injured and had to have several steroid shots for pain. My neck should have had a M.R.I. conducted, my neck is still bothering me to this day.

② My eye, something happened to it because I started having problems with my eye felling like a needle is sticking me in the back of my eye, when this happens the left part of my eye becomes blood splotched. I received steroide shots for pain. [But they refused me a M.R.I. on my head and neck, by Nurse Practioner, Ms. Kimmerly.] Tests was ordered for eye exam on Mr. McCarty right eye because of the problems he started having because of his head being slammed through a wall. (But the sheriff says no such test was order. Evidence proves otherwise. See, Exhibits-1-and 2.

VI. (Relief)

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. I want the court to order an injunction so I can have an M.R.I. done on my head and neck, and all cost goes to the Lawrence County Sheriffs department. I am seeking $250,000.00 dollars in actual damages unless the M.R.I. shows damage to my neck, and eye, if damage is detected, I seek $500,000.00 dollars in actual damages, and punitive damages per defendant in the amount of $75,000.00 dollar's.

My 8th, and 14th, amendments to the U.S. Constitution has been violated.(The mental, and emotional distress that I still face everyday because of this assault upon me); (The unprovoked attack) and the cruel and unusal punishment); and for(the physical and emotional injuries sustained as a result of this unlawfull assault that was brought upon me)(Mr. Douglas McCarty). (And was denied Medical Care). Follow up by, Nurse Practioner, Ms. Kimmerly, and due. process.
Page 5 of 11

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_Lawrence County Jail_

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

_Rights To Medical Care/And Treatment_
_Cruel/And Unusual Punishment_
_Due Process_

Page 6 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☑ No

E. If you did file a grievance:

1. Where did you file the grievance?

   Lawrence County Jail

2. What did you claim in your grievance? Lawrence County, not following Doctor's orders on having my eye checked due to an injury to my neck that occured from an assault by Lawrence County Sheriffs deputy [Brian Rayburn] slamming my head into a wall). Ryan Everett knows about the assault and even had pictures made of it. But want get requested MRI for eye exam even when it was ordered by Doctor. See: Exhibit-2-And-1, See: Exhibit-3, where Sheriff Ryan Everett says, he will receive medical treatment if needed. But yet, Mr. McCarty was denied it.

3. What was the result, if any?
   Mr. McCarty was denied medical care/and treatment. Sheriff-Ryan Everett, intentionally interfered with the treatment once prescribed. Sheriff Everett acted deliberate indifferent to Mr. McCarty's medical needs.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   Several attempts was tried to resolve this matter in the Lawrence County grievance system, week after week, month after month, and year after year. The results was, the grievances was not answered, and sent back. unanswered. Sheriff Everett made sure of that. See: Exhibit-2, Sheriff Everett states the following [Dont send anything back up front with witness signatures, Please see the numerous complaints in grievance forms attached herein. Mr. McCartys Due Process was violated,

Page 7 of 11

    F.    If you did not file a grievance:

        1.    If there are any reasons why you did not file a grievance, state them here:

N/A

        2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

N/A

    G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

N/A

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____N/A_____
   Defendant(s) _____N/A_____

2. Court *(if federal court, name the district; if state court, name the county and State)*
   _____N/A_____

3. Docket or index number
   _____N/A_____

4. Name of Judge assigned to your case
   _____N/A_____

5. Approximate date of filing lawsuit
   _____N/A_____

6. Is the case still pending?

   ☐ Yes
   ☑ No

   If no, give the approximate date of disposition. ____N/A____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   _____N/A_____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?
   N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes
☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s)   N/A
   Defendant(s)   N/A

2. Court *(if federal court, name the district; if state court, name the county and State)*

   N/A

3. Docket or index number

   N/A

4. Name of Judge assigned to your case

   N/A

5. Approximate date of filing lawsuit

   N/A

6. Is the case still pending?

   ☐ Yes
   ☑ No

   If no, give the approximate date of disposition   N/A

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff: *Douglas McCarty*
Printed Name of Plaintiff: Douglas Mc Carty
Prison Identification #: # 46287
Prison Address: South Mississippi Correctional Institutional (S.M.C.I.) P.O. Box, 1419
Leakesville, MS, 39451
City / State / Zip Code

B. For Attorneys

Date of signing: N/A

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
City / State / Zip Code

Telephone Number: _____
E-mail Address: _____

## CERTIFICATE OF SERVICE

This is to certify that I, the undersigned, have this date as reflected below, caused to be mailed, via United States Postal Service, postage pre-paid, by placing a true and correct coy of the foregoing pleading and/or instrument in the United States mail addressed to the following person(s):

USDC Clerk
501 E. Court Street
Suite 2.500
Jackson MS. 39201

Signed this the __14__ day of __November__, __2023__.

_Douglas McCoy_
Signature

__46282__
MDOC Number

__PO Box 1419__
Address

__Leaksville MS 39451__
Address