UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

**FILED**

Jul 30 2024

ARTHUR JOHNSTON, CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### EASTERN DIVISION

**DOUGLAS MCCARTY, # 46282**　　　　　　　　　　　　　　　　　　**PLAINTIFF**

**VERSUS**　　　　　　　　　　　　　　　　**CIVIL ACTION NO. 2:23cv181-KS-MTP**

**BRIAN RAYBURN and SHERIFF RYAN EVERETT**　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion and Order issued this date and incorporated herein by reference,

**IT IS HEREBY ORDERED AND ADJUDGED** that this cause be, and is hereby, **DISMISSED WITH PREJUDICE** as frivolous.

**SO ORDERED AND ADJUDGED**, this the 30th day of July, 2024.

_____
UNITED STATES DISTRICT JUDGE